USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEVEN RIVERA,

                Plaintiff,

-against-

SA MIDTOWN LLC, d/b/a CASA LEVER,
1000 MADISON L.L.C. d/b/a SANT
AMBROEUS, GHERARDO GUARDUCCI, as
an individual, and DIMITRI PAULI, as an
individual

                Defendants.

Civ. No.: 16-cv-2097 (PAE)

------------------------------------------------------------X

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to July 15, 2016, and that two previous requests for extension of this deadline were made and granted. Defendants waive any defense related to service of process.

LAW OFFICE OF RAYMOND NARDO
*ATTORNEYS FOR PLAINTIFF*
129 Third Street
Mineola, New York 11501
(516) 248-2121

By: _____
    RAYMOND NARDO, ESQ.

Dated: 7/1/16

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
    NOEL P. TRIPP, ESQ.
    RICHARD I. GREENBERG, ESQ.

Dated: July 1, 2016

SO ORDERED on this 6th day of July, 2016

_____
United States District Judge