# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET
MINEOLA, NY 11501

(516) 248-2121 (TEL)
(516) 742-7675 (FAX)
raymondnardo@gmail.com

March 2, 2017

BY ECF

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

        Re:   <u>Rivera v. SA Midtown, LLC, d/b/a Casa Lever</u>
               16-CV-02097

Dear Judge Engelmayer:

I represent the plaintiff in the above matter. The parties submit this letter, jointly, to renew the parties' request for settlement approval (DKT # 28, 30). While the parties are mindful of the court's caseload and responsibilities, plaintiff's counsel continues to hold all settlement payments in escrow, per the agreement (DKT # 28, Ex. A at ¶ 1). Plaintiff has repeatedly communicated that he is more than anxious to have the funds released, which can only occur after the settlement is approved by Your Honor.

We sincerely thank the Court for its continued attention to this matter. Thank you for your consideration and cooperation.

                                             Very truly yours,

                                             RAYMOND NARDO

                                             JACKSON LEWIS
                                             By: Richard Greenberg, Esq.